LUCILLE J. GOFF, Respondent, v. HARMON NATIONAL REAL ESTATE CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. The findings of falsity, evidenced by representation that arrangements had already been made to install water, and also by an intention not to complete the model houses, are supported by the evidence; and we are of opinion that the complaint should be deemed amended to conform to the proof and findings. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the GUARANTY TRUST COMPANY, Respondent, as Executor, etc., of ANNA MARY BERMEL, Deceased. HARRY J. BERMEL and Others, Appellants; EVA B. ALTHOFF, Respondent.— Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Petition of HILDING ANDERSON and Others to Render and Settle Their Accounts as Executors and Trustees of AUGUST NELSON, Deceased, Respondents. ANNA NELSON and HENRY NELSON, Infants, etc., by HENRY BENNETT LEARY, Their Special Guardian, Appellants.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, with one bill of costs to appellants and one bill of costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO MARTONE, Appellant.— Judgment of the County Court of Kings county, convicting defendant of manslaughter in the first degree, unanimously affirmed. (*People* v. *Sullivan*, 173 N. Y. 122; *People* v. *Emieleta*, 238 id. 158.) Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.